AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Middle District of Pennsylvania

United States of America
v.

BRYCE ROBERT ELLIOTT

*Defendant(s)*

Case No. 3:26-MJ-3

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of December 1, 2024 to the present in the county of Schuylkill in the Middle District of Pennsylvania, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. 2251(a) and 2252(a)(2) | Production of Child Pornography and Distribution of Child Pornography |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

[signature]
*Complainant's signature*

Christopher Henschel, SA - FBI
*Printed name and title*

Sworn to telephonically and signed electronically by me.

Date: 1/21/26

[signature]
*Judge's signature*

City and state: Scranton, Pennsylvania

Phillip J. Caraballo, U.S. Magistrate Judge
*Printed name and title*