UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | NO. |
| | : | |
| v. | : | (M.J. CARABALLO) |
| | : | |
| BRYCE ROBERT ELLIOTT | : | (Filed Under Seal) |
| | : | |
| Defendant | : | |

**MOTION TO SEAL**

AND NOW, the United States of America, by its undersigned counsel, moves pursuant to Local Criminal Rule 49 to file the Affidavit in support of the Criminal Complaint under seal for the reasons set forth in the accompanying sealed declaration in support of the government's motion to seal.

WHEREFORE, for the foregoing reasons, the United States moves to seal this Motion and the above-referenced pleadings. For the convenience of the Court, a proposed form of Order is attached.

Respectfully submitted,

BRIAN D. MILLER
United States Attorney

Date: January 21, 2026

/s/ Luisa Honora Berti
LUISA HONORA BERTI
Assistant United States Attorney