UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | NO. |
| | : | |
| v. | : | (M.J. CARABALLO) |
| | : | |
| BRYCE ROBERT ELLIOTT | : | (Filed Under Seal) |
| | : | |
| Defendant | : | |

**DECLARATION IN SUPPORT OF MOTION TO SEAL**

AND NOW, the United States of America, by its undersigned counsel, submits the following Declaration in Support of the Government's Motion to Seal, pursuant to Local Criminal Rule 49.

1. Your declarant states that, in the view of your declarant, this declaration and the following documents should be filed under seal:

[ ] Information

[ ] Order for Arrest Warrant
[ ] Plea Agreement
[ ] Plea Agreement Addendum

[X] Affidavit in Support of Criminal Complaint
[ ]Motion for Downward Departure
[ ] Sentencing Memorandum
[ ] Motion to Continue Sentencing

2. The United States requests that the above-referenced documents, and this Motion, remain under seal pending:

[ ] Further Order of Court; or

[X] Written notification by the United States that these pleadings no longer need to remain filed under seal; or

[ ] ______________________________

3. In support of this Motion, the United States alleges that filing these pleadings under seal is necessary in order to:

[X] Preserve the integrity of this ongoing case;

[X] Ensure the safety of investigative personnel;

[X] Protect the identity of potential witnesses;

[X] Allow for the seizure of evidence;

[ ] Permit the arrest of those charged with violations of criminal laws; or

[ ] Allow this defendant to complete the cooperation aspects of the plea agreement.

WHEREFORE, for the foregoing reasons, the United States moves to seal this Declaration and the above-referenced pleadings. For the convenience of the Court, a proposed form of Order is attached.

Respectfully submitted,

BRIAN D. MILLER
United States Attorney

Date: January 21, 2026

/s/ Luisa Honora Berti
LUISA HONORA BERTI
Assistant United States Attorney