UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA : CR. NO. 3:26-CR-10

v. : Judge Munley

BRYCE ROBERT ELLIOTT, :

Defendant :

FILED
SCRANTON
JAN 27 2026
PER CP
DEPUTY CLERK

INDICTMENT

THE GRAND JURY CHARGES:

COUNT 1
18 U.S.C. § 2251(b)
(Production of Child Pornography by Any Parent, Legal Guardian, and Person Having Custody or Control of a Minor)

From on or about December 1, 2024, through on or about January 21, 2026, in Schuylkill County, in the Middle District of Pennsylvania, the defendant,

BRYCE ROBERT ELLIOTT,

being the parent, legal guardian, and person having custody or control of a minor, knowingly permitted Minor Victim 1 to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct and that visual depiction was produced and transported using materials that had been mailed, shipped, and transported in or affecting

interstate or foreign commerce by any means, including by computer.

In violation of Title 18, United States Code, Section 2251(b).

THE GRAND JURY FURTHER CHARGES:

**COUNT 2**
18 U.S.C. § 2252(a)(2)
(Distribution of Child Pornography)

From on or about December 1, 2024, through on or about January 21, 2026, in Schuylkill County, in the Middle District of Pennsylvania, the defendant,

**BRYCE ROBERT ELLIOTT,**

did use a means and facility of interstate and foreign commerce to knowingly distribute visual depictions of minors engaged in sexually explicit conduct that were mailed, shipped, and transported, and which contained materials that were mailed, shipped, and transported, in interstate and foreign commerce, and in and affecting interstate and foreign commerce, by any means, including by computer and cell phone, and the production of such visual depictions involved the use of a minor engaging in sexually explicit conduct.

In violation of Title 18, United States Code, Sections 2252(a)(2) and

(b)(1).

THE GRAND JURY FURTHER ALLEGES:

## FORFEITURE ALLEGATION

The allegations contained in Counts 1 through 2 of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 2253.

Pursuant to Title 18, United States Code, Section 2253, upon conviction of the offenses in violation of Title 18, United States Code, Sections 2251(b) or 2252(a)(2), the defendant,

**BRYCE ROBERT ELLIOTT,**

shall forfeit to the United States of America:

a. Any visual depiction described in Title 18, United States Code, sections 2251, 2251A, or 2252, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Title 18, United States Code, Chapter 110;

b. Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offenses;

c. Any property, real or personal, used or intended to be

used to commit or to promote the commission of the offenses; and

d. Any property, real or personal, that constitutes or is derived from proceeds traceable to any violation of this offense.

By virtue of the commission of the offenses charged in Counts 1 through 2 of this Indictment by the defendant,

**BRYCE ROBERT ELLIOTT,**

any and all right, title, and interest the defendant may have had in any of the property involved in or traceable to the offenses alleged in Counts 1 through 2 of this Indictment is vested in the United States and is hereby forfeited to the United States pursuant to Title 18, United States Code, Section 2253.

If any of the property involved in or traceable to the offenses alleged in Counts 1 through 2 of this Indictment, as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

All pursuant to Title 18, United States Code, Section 2253

BRIAN D. MILLER
United States Attorney

LUISA HONORA BERTI
Assistant United States Attorney

A TRUE BILL

[redacted]
FOREPERSON

1·27·26
Date