UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | No. 3:26-CR-10 |
| vs. | : | (M.J. CARABALLO) |
| BRYCE ROBERT ELLIOTT<br>Defendant. | : | |

FILED
SCRANTON
JAN 28 2026
PER CP
DEPUTY CLERK

## MOTION TO UNSEAL THE CASE

The United States Attorney for the Middle District of Pennsylvania, Brian D. Miller, and Luisa Honora Berti, Assistant United States Attorney, respectfully move the Court to unseal this case *except for* the Affidavit in Support of the Criminal Complaint.

Respectfully submitted,

BRIAN D. MILLER
United States Attorney

Date: January 28, 2026

/s/ Luisa Honora Berti
LUISA HONORA BERTI
Assistant United States Attorney
Atty. ID FL 73462
U.S. Attorney's Office
235 N. Washington Avenue, Suite 311
Scranton, PA 18503
luisa.berti@usdoj.gov