**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | **3:26-cr-00010** |
| **v.** | **:** | **(Munley, J.)** |
| **BRYCE ELLIOTT** | **:** | **(ECF)** |

# MOTION FOR EXTENSION OF TIME TO FILE PRETRIAL MOTIONS

AND NOW comes defendant, Bryce Elliott, by his attorney, Leslie E. Minora, Assistant Federal Public Defender, filing this Motion for Extension of Time to File Pretrial Motions, based on the following:

1. On January 21, 2026, a Criminal Complaint was filed charging Mr. Bryce Elliott with violations of 18 U.S.C. Sections 2251(a) and 2252(a)(2). An initial appearance was held before United States Magistrate Judge Phillip J. Caraballo.

2. On January 27, 2026, a grand jury charged Mr. Elliott in two counts. He entered a plea of not guilty on February 5, 2026.

3. On February 6, 2026, a pretrial scheduling order was filed setting the deadline to file pretrial motions as February 27, 2026. Upon filing motions to continue the pretrial motions deadline, the deadline was extended until May 8, 2026.

4. Defense counsel received discovery on or about March 12, 2026 and March 25, 2026. Counsel will need to review the discovery, conduct an independent investigation, and determine whether any pretrial motions are warranted and advisable. Counsel must discuss the evidence and the advisability of any motions with Mr. Bryce Elliott, after which time such motions, if any, must be prepared for the Court's consideration.

5. For this reason, Mr. Bryce Elliott requests an extension of time to file pretrial motions until June 15, 2026.

6. It is respectfully submitted that failure to grant the requested extension would likely result in a miscarriage of justice and deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7) and (h)(7)(B)(iv).

WHEREFORE, the defendant, Bryce Elliott, respectfully requests that this Honorable Court grant this motion and extend the time for the filing of pretrial motions to June 15, 2026.

Respectfully submitted,

May 1, 2026

/s/ Leslie E. Minora
**Leslie E. Minora**
**Assistant Federal Public Defender**
**Attorney ID No. PA 324799**

201 Lackawanna Avenue, Suite 317
Scranton, Pennsylvania 18503
Phone: (570) 343-6285
Fax: (570) 343-6225
Email: leslie_minora@fd.org
*Attorney for* Bryce Elliott

**CERTIFICATE OF SERVICE**

I, Leslie E. Minora, Assistant Federal Public Defender, do hereby certify that this document, filed electronically through the ECF system, will be sent to the registered Participants as identified on the Notice of Electronic Filing, including the following:

Luisa Honora Berti
Assistant United States Attorney

and sent to the defendant by placing the same in the United States mail, first class, postage prepaid, at Scranton, Pennsylvania.

May 1, 2026

/s/ Leslie E. Minora
Leslie E. Minora
Assistant Federal Public Defender