UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | NO. 3:26-CR-10 |
| | : | |
| v. | : | (JUDGE MUNLEY) |
| | : | |
| BRYCE ROBERT ELLIOT, | : | |
| | : | |
| Defendant. | : | (Electronically Filed) |

**BILL OF PARTICULARS**

The United States of America, by and through the undersigned Assistant United States Attorney, and pursuant to Federal Rule of Criminal Procedure 32.2(a), particularly alleges that the following property is subject to forfeiture on the basis of the forfeiture allegations set forth in the Indictment filed in the above-styled criminal case:

a. Black iPhone 16, model MYAX3LLA, serial KM43RDMP4F; and

b. ACER Chromebook Laptop, model N17Q8, serial NXHKKAA0061282946E7611.

Respectfully submitted,

BRIAN D. MILLER
UNITED STATES ATTORNEY

By: /s/ Evelyn Stoner
EVELYN STONER
Assistant U.S. Attorney
1501 N. 6th Street
Harrisburg, PA 17102
Phone: 570-348-2800
Fax: 570-348-2037
evelyn.stoner@usdoj.gov

## CERTIFICATE OF SERVICE

Pursuant to Standing Order 03-1 and Local Rules 4.2 and 5.7, I hereby certify that the foregoing document was served through electronic case filing on May 28, 2026.

Respectfully submitted,

BRIAN D. MILLER
UNITED STATES ATTORNEY

By: *<u>/s/</u>* <u>Terrell Z. Goodman</u>
TERRELL Z. GOODMAN
Assistant U.S. Attorney
235 N. Washington Avenue, Ste. 311
Scranton, PA 18503
Phone: 570-348-2800
Fax: 570-348-2037
terrell.goodman@usdoj.gov